OPINION — AG — ** SUPERINTENDENT OF SCHOOLS — DUAL CAPACITY ** (1) THE PROVISIONS OF 70 O.S. 5-119 [70-5-119], 70 O.S. 5-122 [70-5-122] DO `NOT' PERMIT A SUPERINTENDENT OF SCHOOLS TO ASSUME THE DUTIES OF A CLERK AND KEEP THE MINUTES AT SCHOOL BOARD MEETINGS. (2) THE PROVISIONS OF 70 O.S. 5-117 [70-5-117] WHICH ALLOW LOCAL SCHOOL BOARDS TO FIX THE DUTIES OF TEACHERS DO 'NOT' PROHIBIT THE LOCAL BOARDS FROM AUTHORIZING THE USE OF STUDENTS TO GRADE PAPERS AND TESTS OF OTHER STUDENTS. (TEACHER DUTIES, SCHOOLS, JOURNAL, RECORD, COMMITTEES, GRADES) CITE: OPINION NO. JULY 20, 1962, MARCH 7, 1953, 70 O.S. 5-119 [70-5-119], 70 O.S. 5-122 [70-5-122], 70 O.S. 5-117 [70-5-117] (OZELLA WILLIS) == SEE OPINION NO. 88-605 (1988) ==